No. 1227. CAMPEAU v. AMRINE, WARDEN. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Al Campeau, pro se.*

No. 1098. COTTRELL v. SANFORD, WARDEN. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Augustus H. Cottrell, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 1177. MOYER v. HINES, ADMINISTRATOR OF VETERANS' AFFAIRS. May 25, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma*pauperis,* denied. *Mr. Thomas H. Sutherland* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondent.

No. 1230. WEIDHAAS v. LOEW'S, INC., ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Francis E. Weidhaas, pro se. Messrs. Samuel E. Darby, Jr., Samuel D. Cohen,* and *Walter A. Darby* for respondents.

No. 1253. ROZEA v. STATE OF NEW YORK. May 25, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Charles Edward Rozea, pro se.*